```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

GEORGE BUCKLEY, II                                           PLAINTIFF

VS.                                  CIVIL ACTION NO.  5:10-cv-17-DCB-RHW

BRUCE PEARSONS                                               DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed for failure to exhaust administrative remedies, or in the alternative, that is should be denied on the merits.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   21st    day of July, 2011.

                                    s/David Bramlette
                              UNITED STATES DISTRICT JUDGE